# UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
# (Eastern Division – Riverside)
# CIVIL DOCKET FOR CASE #: 5:15–cv–01609–VAP–SP

Fernando Jackson et al v. Collecto, Inc. dba EOS CCA  
Assigned to: Judge Virginia A. Phillips  
Referred to: Magistrate Judge Sheri Pym  
Cause: 15:1692 Fair Debt Collection Act  

Date Filed: 08/09/2015  
Date Terminated: 03/10/2016  
Jury Demand: Both  
Nature of Suit: 480 Consumer Credit  
Jurisdiction: Federal Question  

**Plaintiff**

**Fernando Jackson**  
*Individually and on Behalf of All Others Similarly Situated*

represented by **Matthew M Loker**  
KAZEROUNI LAW GROUP, APC  
1303 East Grand Avenue, Suite 101  
Arroyo Grande, CA 93420  
805–335–8455  
Fax: 800–520–5523  
Email: ml@kazlg.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Alexander H Lim**  
Hyde and Swigart APC  
7121 Magnolia Avenue Suite J  
Riverside, CA 92504  
951–784–7773  
Fax: 619–297–1022  
Email: alex@westcoastlitigation.com  
*ATTORNEY TO BE NOTICED*

**Joshua B Swigart**  
Hyde and Swigart APC  
2221 Camino Del Rio South Suite 101  
San Diego, CA 92108  
619–233–7770  
Fax: 619–297–1022  
Email: josh@westcoastlitigation.com  
*TERMINATED: 08/18/2015*

**Mona Amini**  
Kazerouni Law Group APC  
245 Fischer Avenue Suite D1  
Costa Mesa, CA 92626  
800–400–6808  
Fax: 800–520–5523  
Email: mona@kazlg.com  
*ATTORNEY TO BE NOTICED*

**Seyed Abbas Kazerounian**  
Kazerouni Law Group APC  
245 Fischer Avenue

Unit D1  
Costa Mesa, CA 92626  
800−400−6808  
Fax: 800−520−5523  
Email: ak@kazlg.com  
*TERMINATED: 08/18/2015*

**Plaintiff**

**Bryce Evans**  represented by  **Matthew M Loker**
*Individually and on Behalf of All Others*  (See above for address)
*Similarly Situated*  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **Alexander H Lim**
  (See above for address)
  *ATTORNEY TO BE NOTICED*

  **Joshua B Swigart**
  (See above for address)
  *TERMINATED: 08/18/2015*

  **Mona Amini**
  (See above for address)
  *ATTORNEY TO BE NOTICED*

  **Seyed Abbas Kazerounian**
  (See above for address)
  *TERMINATED: 08/18/2015*

V.

**Defendant**

**Collecto, Inc.**  represented by  **Charles R Messer**
*doing business as*  Carlson and Messer LLP
EOS CCA  5959 West Century Boulevard Suite 1214
  Los Angeles, CA 90045
  310−242−2200
  Fax: 310−242−2222
  Email: Messerc@cmtlaw.com
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **David J Kaminski**
  Carlson and Messer LLP
  5959 West Century Boulevard Suite 1214
  Los Angeles, CA 90045
  310−242−2200
  Fax: 310−242−2222
  Email: kaminskid@cmtlaw.com
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **Keith Alexander Yeomans**

Carlson and Messer LLP
5959 West Century Boulevard Suite 1214
Los Angeles, CA 90045
310–242–2200
Fax: 310–242–2222
Email: yeomansk@cmtlaw.com
*TERMINATED: 11/11/2015*
*ATTORNEY TO BE NOTICED*

**Tamar Gabriel**
Carlson and Messer LLP
5959 West Century Boulevard Suite 1214
Los Angeles, CA 90045
310–242–2200
Fax: 310–242–2222
Email: gabrielt@cmtlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/09/2015 | Ï 1 | COMPLAINT Receipt No: 0973–16233570 – Fee: $400, filed by Plaintiffs Fernando Jackson, Bryce Evans. (Attorney Matthew M Loker added to party Bryce Evans(pty:pla), Attorney Matthew M Loker added to party Fernando Jackson(pty:pla))(Loker, Matthew) (Entered: 08/09/2015) |
| 08/09/2015 | Ï 2 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiffs Bryce Evans, Fernando Jackson. (Loker, Matthew) (Entered: 08/09/2015) |
| 08/09/2015 | Ï 3 | CIVIL COVER SHEET filed by Plaintiffs Bryce Evans, Fernando Jackson. (Loker, Matthew) (Entered: 08/09/2015) |
| 08/09/2015 | Ï 4 | NOTICE of Interested Parties filed by Plaintiffs Bryce Evans, Fernando Jackson, (Loker, Matthew) (Entered: 08/09/2015) |
| 08/10/2015 | Ï 5 | NOTICE OF ASSIGNMENT to District Judge Virginia A. Phillips and Magistrate Judge Sheri Pym. (aco) (Entered: 08/10/2015) |
| 08/10/2015 | Ï 6 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed. (aco) (Entered: 08/10/2015) |
| 08/10/2015 | Ï 7 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant Collecto, Inc.. (aco) (Entered: 08/10/2015) |
| 08/12/2015 | Ï 8 | STANDING ORDER by Judge Virginia A. Phillips. (See document for specifics.) (iva) (Entered: 08/12/2015) |
| 08/12/2015 | Ï 9 | FIRST AMENDED COMPLAINT against Defendant Collecto, Inc. amending Complaint (Attorney Civil Case Opening) 1 , filed by Plaintiffs Fernando Jackson, Bryce Evans (Loker, Matthew) (Entered: 08/12/2015) |
| 08/18/2015 | Ï 10 | Notice of Appearance or Withdrawal of Counsel: for attorney Joshua B Swigart counsel for Plaintiffs Bryce Evans, Fernando Jackson. Joshua B. Swigart is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G–123 Notice. Filed by Plaintiffs Joshua B. Swigart. (Swigart, Joshua) (Entered: 08/18/2015) |
| 08/19/2015 | Ï 11 | Notice of Appearance or Withdrawal of Counsel: for attorney Seyed Abbas Kazerounian counsel for Plaintiffs Bryce Evans, Fernando Jackson. Abbas Kazerounian, Esq. is no longer counsel of |

| | | |
|---|---|---|
| | | record for the aforementioned party in this case for the reason indicated in the G−123 Notice. Filed by Plaintiffs Fernando Jackson; and, Bryce Evans. (Kazerounian, Seyed) (Entered: 08/19/2015) |
| 08/27/2015 | 12 | WAIVER OF SERVICE Returned Executed filed by Plaintiffs Fernando Jackson, Bryce Evans. upon Collecto, Inc. waiver sent by Plaintiff on 8/20/2015, answer due 10/19/2015. Waiver of Service signed by Matt Clark. (Attachments: # 1 Proof of Service)(Loker, Matthew) (Entered: 08/27/2015) |
| 10/19/2015 | 13 | ANSWER to Amended Complaint/Petition 9 JURY DEMAND. filed by Defendant Collecto, Inc..(Attorney Keith Alexander Yeomans added to party Collecto, Inc.(pty:dft))(Yeomans, Keith) (Entered: 10/19/2015) |
| 10/19/2015 | 14 | CORPORATE DISCLOSURE STATEMENT filed by Defendant Collecto, Inc. (Yeomans, Keith) (Entered: 10/19/2015) |
| 10/27/2015 | 15 | ORDER SETTING SCHEDULING CONFERENCE by Judge Virginia A. Phillips. Scheduling Conference set for 12/7/2015 at 01:30 PM before Judge Virginia A. Phillips. (wro) (Entered: 10/27/2015) |
| 11/11/2015 | 16 | NOTICE of Appearance filed by attorney Tamar Gabriel on behalf of Defendant Collecto, Inc. (Attorney Tamar Gabriel added to party Collecto, Inc.(pty:dft))(Gabriel, Tamar) (Entered: 11/11/2015) |
| 11/11/2015 | 17 | Notice of Appearance or Withdrawal of Counsel: for attorney Keith Alexander Yeomans counsel for Defendant Collecto, Inc.. Keith A. Yeomans is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G−123 Notice. Filed by Defendant COLLECTO, INC.. (Yeomans, Keith) (Entered: 11/11/2015) |
| 11/30/2015 | 18 | JOINT REPORT Rule 26(f) Discovery Plan ; estimated length of trial is 5 days, filed by Plaintiffs Bryce Evans, Fernando Jackson.. (Attachments: # 1 Exhibit A)(Loker, Matthew) (Entered: 11/30/2015) |
| 12/02/2015 | 19 | REQUEST for ADR Procedure No. 2 filed. Parties request to appear before a neutral selected from the court's Mediation Panel for mediation. Filed by Plaintiffs Bryce Evans, Fernando Jackson(Loker, Matthew) (Entered: 12/02/2015) |
| 12/04/2015 | 20 | SCHEDULING NOTICE: Scheduling Conference set for December 7, 2015, at 1:30 p.m., is taken off calendar. The Court will issue a separate trial scheduling order. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (wro) TEXT ONLY ENTRY (Entered: 12/04/2015) |
| 12/16/2015 | 21 | ORDER SETTING TRIAL DATES by Judge Virginia A. Phillips. (Amended Pleadings due by 2/5/2016. Discovery cut−off 6/3/2016. Motions due by 7/18/2016. Last date to conduct settlement conference is 3/25/2016. Court Trial set for 8/9/2016 at 08:30 AM before Judge Virginia A. Phillips. Pretrial Conference set for 8/1/2016 at 02:30 PM before Judge Virginia A. Phillips.) (iva) (Entered: 12/16/2015) |
| 12/16/2015 | 22 | CIVIL TRIAL SCHEDULING ORDER by Judge Virginia A. Phillips. (Amended Pleadings due by 2/5/2016. Discovery cut−off 6/3/2016. Motions due by 7/18/2016. Last date to conduct mediation is 3/25/2016. Court Trial set for 8/9/2016 at 08:30 AM before Judge Virginia A. Phillips. Pretrial Conference set for 8/1/2016 at 02:30 PM before Judge Virginia A. Phillips.) (See document for specifics.) (iva) (Entered: 12/17/2015) |
| 03/03/2016 | 23 | TEXT ONLY ENTRY: NOTICE TO PARTIES by District Judge Virginia A. Phillips. Effective March 28, 2016, Judge Virginia A. Phillips will be located in the Roybal Federal Building and United States Courthouse, COURTROOM 780, on the 7th floor, located at 255 East Temple Street, Los Angeles, California 90012. All Court appearances shall be made in Courtroom 780 of the |

|  |  |  |
|---|---|---|
|  |  | Roybal Federal Building and United States Courthouse, and all mandatory chambers copies shall be hand delivered and placed in the drop box located outside of Room 181 – Roybal Clerk's Office. Judge Phillips's new Courtroom Deputy Clerk, Wendy Rogers, may be reached at (213) 894–3480. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (rrp) TEXT ONLY ENTRY (Entered: 03/03/2016) |
| 03/10/2016 | 24 | TRANSFER ORDER from the Judicial Panel on Multidstrict Litigation MDL 2513 transferring case to USDC, District of Massachusetts and assigned to the Honorable Richard G. Stearns on 3/7/2016. Case electronically transferred. (MD JS–6. Case Terminated.) (Attachments: # 1 CV57) (aco) (Entered: 03/10/2016) |