# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

IN RE: COLLECTO, INC.
Plaintiff

V.

CIVIL ACTION

NO. 16CV10514-RGS

CONSOLIDATED MEMBER CASES
Defendant

## ORDER OF ADMINISTRATIVE CLOSING

STEARNS, D.J.,

Because the member cases have been consolidated in the MDL, 14md2513, this related member case is hereby closed for administrative purposes.

The parties may still docket in the member cases as necessary.

By the Court,

3/14/16 /s/ Elaine Flaherty

Date  Deputy Clerk